**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SOUTHWEST REINSURE, INC.,

   Plaintiff,

vs.               No. 11-CV-689 MCA/ACT

SAFFA REINSURANCE CO., LTD,
VEHICLE EXTENDED REINSURANCE CO., LTD.,
and BAKERSFIELD GROUP REINSURANCE CO., LTD.

    Defendants.

**ORDER ON MOTION TO MODIFY CASE MANAGEMENT DEADLINES
AND REOPEN DISCOVERY**

   This matter comes before the Court on Defendants Saffa Reinsurance Co., Ltd., Vehicle

Extended Reinsurance Co., Ltd and Bakersfield Group Reinsurance Co. Ltd.'s Motion to Modify

Case Management Deadlines and Reopen Discovery filed on May 9, 2012. [Doc. 33.] The

Plaintiff Southwest Reinsure, Inc. did not file a response which was due pursuant to D.N.M.LR-

Civ. 7.4(a) on May 23, 2012.

   The Local Civil Rules of the United States District Court for the District of New Mexico

provide that "[t]he failure of a party to file and serve a response in opposition to a motion within

the time prescribed for doing so constitutes consent to grant the motion."  D.N.M.LR-Civ. 7.1(a).

The Motion is therefore GRANTED.

   The parties are advised that the trial setting of  October 9,  2012 [Doc. 24] will be vacated

1

and no new trial date can be given at this time.

      **IT IS SO ORDERED**.

                         Alan C. Torgerson
                       United States Magistrate Judge